# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

In re  
Robert L. Oliver,  

Case No.  12-22428-K  
Chapter 13  

Debtor.

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S):  (H)  Robert L. Oliver                S.S.#  xxx-xx-9253  
             (W)                                 S.S.#  xxx-xx-  
ADDRESS:     2982 Phyllis Lane  
             Memphis TN 38118-2949  
PLAN PAYMENT:  Debtor(s) to pay $  472.00  semi-monthly  
PAYROLL DEDUCTION:  ABM Janitorial Services Southeast LLC  
PLACE OF EMPLOYMENT:  3305 Breckinridge Road, #134, Duluth GA 30096  
ADMINISTRATIVE:  Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

|  |  | MONTHLY PLAN PMT. |
|---|---|---|
| AUTO INSURANCE: | ( )Not included in Plan   ( ) Included in Plan | $ |
| CHILD SUPPORT: | Future support through Plan to _____ | $ |
|  | Child support arrearage amount _____ | $ |
| PRIORITY CREDITORS: | _____ | $ |

HOME MORTGAGE:  If no arrearage, ongoing payments are to be paid directly by the debtor(s).  
America's Servicing Corporation      ongoing pmt. begin   May 1, 2012  ,  _____   $  503.14  
                     Approx. arrearage   $4,804.00   Interest  _____%   $  85.00  
_____   ongoing pmt. begin _____,  _____   $_____  
                     Approx. arrearage _____ Interest _____%   $_____  

| SECURED CREDITORS: | VALUE | RATE OF | MONTHLY |
|---|---|---|---|
| (retain lien 11 U.S.C. § 1325{a}{5}) | COLLATERAL | INTEREST | PLAN PMT. |
| GM Financial | $ 15,000.00 | _____% | $_____ |

**A&A Financial – Any claim is disputed and any claim filed will be objected to.**

UNSECURED CREDITORS:  Pay   TBD  % of these claims after above claims are paid or pay all disposable income for term of plan;  
ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: _____  
TERMINATION:    Plan shall terminate upon payment of the above, approximately  60  months.  
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.  
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  General unsecured creditors will receive _____%  
Absent a specific court order otherwise, all claims, other than those specifically provided above shall be paid as general unsecured debts.  General unsecured creditors will receive _____ percent.