| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert L. Oliver | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Western | District of TN (State) |
| Case number | 12-22428 | |

# Form 4100R
## Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** NRZ Pass-Through Trust X, U.S. Bank National Association, as Trustee

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 7 4

**Property address:** 2982 Phyllis Lane
Number      Street

Memphis     TN     38118
City        State  ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  03 / 01 / 2018
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                           (a)   $ _____
   b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b)   $ _____
   c. **Total**. Add lines a and b.                                       (c)   $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
                                                                         MM / DD / YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

WA

| Debtor 1 | Robert | L | Oliver | | Case number (*if known*) | 12-22428 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/ Heather Martin-Herron**
Signature

Date 03 / 27 / 2018

| Print | Heather | Martin-Herron | Title | Attorney |
|---|---|---|---|---|
| | First Name   Middle Name | Last Name | | |

Company  Wilson & Associates, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  400   West Capitol Avenue, Suite 1400
Number   Street

Little Rock   AR   72201
City   State   ZIP Code

Contact phone ( 501 ) 219 9388    Email  hmartin-herron@wilson-assoc.com

Form 4100R     Response to Notice of Final Cure Payment     page 2

WA

## **CERTIFICATE OF SERVICE**

On March 27, 2018, a copy of the foregoing Response to Notice of Final Cure Payment was served electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Ben G. Sissman<br>Attorney at Law<br>44 North Second Suite 403<br>Memphis, TN 38103 | George W. Stevenson<br>Trustee<br>5350 Poplar Avenue, Suite 500<br>Memphis, TN 38119 |

and served via U.S. mail upon:

Robert L. Oliver
Debtor(s)
2982 Phyllis Lane
Memphis, TN 38118-2949

*/s/ Heather Martin-Herron*
_____
Joel W. Giddens (016700)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)
James Bergstrom (20622)

W&A No. 221353

W&A: 221353